ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn*
*Financial, LLC, d/b/a Shellpoint Mortgage*
*Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #31, a Nevada limited liability company, | Case No. 2:22-cv-00678-RFB-BNW |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX, | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff Collegium Fund LLC Series #31, and Defendant NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional thirty (30) days, up to and including **June 15, 2022**, to file its response to the plaintiff's complaint, which is currently due on May 16, 2022. The complaint was filed in state court on March 16, 2022, and the parties entered into an agreement on April 18, 2022, to extend Shellpoint's time to respond to the complaint until May 16, 2022. The case was removed to federal court on April 25, 2022.

{63473512}

Good cause exists to grant the requested extension. The parties continue to discuss settlement and aim to avoid unnecessary legal fees and costs while exploring settlement options.

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of May, 2022.

| AKERMAN LLP | CLARK NEWBERRY LAW FIRM |
|---|---|
| /s/ Paige L. Magaster<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing* | /s/ Aimee Clark Newberry<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Boulevard, Suite 390<br>Las Vegas, NV 89145<br><br>*Attorney for Collegium Fund LLC Series #31* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 4:48 pm, May 13, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{63473512}

2