ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada State Bar. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #31, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:22-cv-00678-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Collegium Fund LLC Series #31, and Defendant NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional forty-five (45) days, up to and including **August 1, 2022**, to file its response to the plaintiff's complaint, which is currently due on June 15, 2022. The complaint was filed in state court on March 16, 2022, and the parties entered into an agreement on April 18, 2022, to extend Shellpoint's time to respond to the complaint until May 16, 2022. The case was removed to federal

{64005761}

court on April 25, 2022, and the parties entered into a second agreement on May 12, 2022, to extend Shellpoint's time to respond to the complaint until June 15, 2022.

Good cause exists to grant the requested extension. The parties continue to explore settlement in good faith. The parties' settlement discussions have taken more time than initially anticipated, due in part to a family medical situation of Collegium's counsel that requires significant time and attention. Additionally, the foreclosure sale is currently scheduled for July 22, 2022, and while the parties are exploring settlement in good faith at this time, the parties will likely litigate a preliminary injunction motion in the event that they do not settle. Further, if Shellpoint proceeds to foreclose under the deed of trust, Collegium may seek to amend its complaint.

This is the parties' third request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of June, 2022.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Aimee Clark Newberry* |
| ARIEL E. STERN, ESQ. | AIMEE CLARK NEWBERRY, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 11084 |
| NATALIE L. WINSLOW, ESQ. | 410 S. Rampart Boulevard, Suite 390 |
| Nevada Bar No. 12125 | Las Vegas, NV 89145 |
| PAIGE L. MAGASTER, ESQ. | |
| Nevada Bar No. 15557 | *Attorney for Collegium Fund LLC Series #31* |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, Nevada 89134 | |
| | |
| *Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing* | |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

**DATED:** June 16, 2022

{64005761}                    2