ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada State Bar. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #31, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No. 2:22-cv-00678-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FOURTH REQUEST)** |

Plaintiff Collegium Fund LLC Series #31, and Defendant NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including **August 8, 2022**, to file its response to the plaintiff's complaint, which is currently due on August 1, 2022. The complaint was filed in state court on March 16, 2022, and the parties entered into an agreement on April 18, 2022, to extend Shellpoint's time to respond to the complaint until May 16, 2022. The case was removed to federal court on April 25, 2022, and the parties entered into a second agreement on May 12, 2022, to extend

Shellpoint's time to respond to the complaint until June 15, 2022. On June 15, 2022, the parties entered into a third agreement to extend Shellpoint's time to respond to the complaint until August 1, 2022. The parties have fully briefed Collegium's pending preliminary injunction motion, ECF Nos. 12, 15, 17, and Shellpoint has moved to expunge the lis pendens, ECF No. 16.

Good cause exists to grant the requested extension. Shellpoint requests additional time to fully form its response to these allegations pursuant to its obligations under Federal Rule of Civil Procedure 8(b). One of Shellpoint's attorneys has been on maternity leave for several months, returning only last week, and is currently preparing for trial. Another of Shellpoint's attorneys has been out of the office for a family trip to South America since July 20. Additionally, counsel for Shellpoint has been inundated with preliminary injunction motions, often filed on the eve of the foreclosure sale and on an emergency basis, which have affected counsel's ability to complete and finalize the response to the complaint in this matter. This is the parties' fourth and final request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of August, 2022.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing* | */s/ Aimee Clark Newberry* <br> AIMEE CLARK NEWBERRY, ESQ. <br> Nevada Bar No. 11084 <br> 410 S. Rampart Boulevard, Suite 390 <br> Las Vegas, NV 89145 <br><br> *Attorney for Collegium Fund LLC Series #31* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:22-cv-00678-RFB-BNW

**DATED:** ___August 2, 2022___

{64005761}  2