AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
**CLARK NEWBERRY LAW FIRM**
410 S. Rampart Blvd., Suite #390
Las Vegas, Nevada 89145
T: (702) 608-4232
F: (702) 946-1380
aclarknewberry@cnlawlv.com
*Attorney for Collegium Fund LLC Series #31*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #31, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | CASE NO.:   2:22−cv−00678-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING'S MOTION TO EXPUNGE THE LIS PENDENS**<br>**(Second Request)** |

Plaintiff Collegium Fund LLC Series #31 (Collegium #31) and Defendant NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), by and through their attorneys of record, hereby submit this Stipulation for an extension of time for Collegium #31 to respond to Shellpoint's Motion to Expunge the Lis Pendens [Doc #16] ("Motion to Expunge"), from the current date of August 9, 2022 to August 24, 2022.

This is the second request for an extension of time to respond to the Motion to Expunge. This extension is sought in good faith, and is not intended to cause any delay or prejudice to any party. This extension is being requested to give the parties additional time to discuss settlement. Additionally, Shellpoint served Collegium #31 with an offer of judgment on July 20, 2022, with a deadline to accept of August 10, 2022

*Case No 2:22-cv-00678-RFB-BNW*
*Stipulation and Order to Extend Time*

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 8th day of August 2022<br><br>**CLARK NEWBERRY LAW FIRM**<br><br>  */s/  Aimee Clark Newberry*<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Blvd., Suite 390<br>Las Vegas, NV 89145<br>*Attorney for Collegium #31* | DATED this 8th day of August 2022<br><br>**AKERMAN LLP**<br><br>  */s/  Paige L. Magaster*<br>ARIEL E, STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Shellpoint* |

**IT IS HEREBY ORDERED** that Plaintiff Collegium Fund LLC Series #31 shall file its response to NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing's Motion to Expunge the Lis Pendens [Doc #16] on or before August 24, 2022.

[signature]
United States Magistrate Judge

DATED: August 17, 2022

Respectfully submitted by:

CLARK NEWBERRY LAW FIRM

  */s/ Aimee Clark Newberry*
AIMEE CLARK NEWBERRY, ESQ.
Nevada Bar No. 11084
410 S. Rampart Blvd., #390
Las Vegas, NV 89145
*Attorney for Collegium #31*