ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada State Bar. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing*

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

COLLEGIUM FUND LLC SERIES #31, a Nevada limited liability company,

Plaintiff,

v.

NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,

Defendants.

Case No. 2:22-cv-00678-RFB-BNW

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO EXPUNGE LIS PENDENS**

**(FIRST REQUEST)**

Plaintiff Collegium Fund LLC Series #31, and Defendant NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing, hereby stipulate and agree that Shellpoint shall have an additional seven (7) days, up to and including **September 6, 2022**, to file its reply in support of its motion to expunge lis pendens, which is currently due on August 30, 2022.

Shellpoint filed its motion on July 19, 2022. ECF No. 16. The parties subsequently stipulated to extend Collegium's deadline to oppose the motion from August 2, 2022, to August 9, 2022. ECF No. 18. The parties again stipulated to extend Collegium's opposition deadline from

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

August 9, 2022, to August 24, 2022. ECF No. 24. Collegium timely filed its opposition on August 23, 2022. ECF No. 29. Good cause exists to grant the requested extension. Shellpoint's counsel requests additional time to fully prepare and finalize its reply due to intervening briefing and discovery response deadlines and preparation for upcoming hearings on pending motions for protective orders in unrelated matters that have interfered with counsel's ability to do so. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 30th day of August, 2022.

| **AKERMAN LLP** | **CLARK NEWBERRY LAW FIRM** |
|---|---|
| */s/ Paige L. Magaster*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing* | */s/ Aimee Clark Newberry*<br>AIMEE CLARK NEWBERRY, ESQ.<br>Nevada Bar No. 11084<br>410 S. Rampart Boulevard, Suite 390<br>Las Vegas, NV 89145<br><br>*Attorney for Collegium Fund LLC Series #31* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 1:35 pm, August 31, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**