**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COLLEGIUM FUND LLC SERIES #31, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC, D/B/A SHELLPOINT MORTGAGE SERVICING; QUALITY LOAN SERVICE CORPORATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants. | Case No.: 2:22-cv-00678-RFB-BNW<br><br><br>**ORDER DIRECTING ENTRY OF JUDGMENT IN CIVIL CASE** |

The Court granted the motion to dismiss [ECF No. 23] filed by NewRez LLC f/k/a New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing (**Shellpoint**) on January 20, 2023 [ECF No. 45]. Collegium Fund LLC Series #31 failed to amend its complaint to seek damages for any alleged violations of NRS 107.200 *et seq.* within thirty days as ordered by the Court. Accordingly,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Newrez LLC f/k/a New Penn Financial, LLC, d/b/a and against Collegium Fund LLC Series #31 on all claims as follows: It is hereby declared that NRS 106.240 did not terminate the deed of trust recorded against the property located at 2220 Mediterranean Sea Avenue, North Las Vegas, Nevada, as instrument number 20100329-0000114. Collegium Fund LLC Series #31 failed to plausibly allege a wrongful-foreclosure claim premised on a violation of NRS § 107.200 *et seq.*, and it has also failed to timely assert a well-pled claim under NRS 107.200 *et seq.*, thereby abandoning any claim seeking damages for the violation of NRS 107.200 *et seq.* alleged in this case.

**IT IS FURTHER ORDERED** this case be **DISMISSED WITH PREJUDICE**.

UNITED STATES DISTRICT JUDGE

DATED: August 30, 2023

2